BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6475
    FAX: (415) 436-7234
    wendy.garbers@usdoj.gov

Attorneys for United States of America

FILED

MAY 17 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE TURKISH MINISTRY OF JUSTICE ON BEHALF OF THE 2ND CIVIL COURT OF PEACE OF EDIRNE IN THE MATTER OF SAMI AYTAV V. TUGCE AKSAL and AKSAL MIM. MUH. TUR. SAN. TIC. A.S. | CV 16 80108 MISC MISC. NO. APPLICATION FOR ORDER PURSUANT TO TITLE 28 U.S.C. § 1782 |

Pursuant to 28 U.S.C. § 1782 and the request from the Turkish Court for information from Facebook, Inc., the United States of America petitions this Court for an order appointing Assistant United States Attorney Wendy M. Garbers as Commissioner to collect evidence from witnesses within the jurisdiction of this Court and to take such other action as is required to execute the request made by the Turkish Ministry of Justice on behalf of the Second Civil Court of Peace of Edirne, Turkey. <u>Facebook does not object to entry of the accompanying proposed order.</u>

DATED: May 17, 2016

                Respectfully submitted,

                BRIAN J. STRETCH
                United States Attorney

By:      */s/ Wendy M. Garbers*
            WENDY M. GARBERS
            Assistant United States Attorney

APPLICATION FOR ORDER PURSUANT
TO TITLE 28 U.S.C. § 1782