1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  WENDY M. GARBERS (CABN 213208)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6475
6      FAX: (415) 436-7234
       wendy.garbers@usdoj.gov
7
   Attorneys for United States of America
8

                              FILED
                              MAY 17 2016
                              SUSAN Y. SOONG
                              CLERK, U.S. DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA

9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

11  IN RE: REQUEST FOR INTERNATIONAL       )  MISC. NO. CV 16 80108 MISC
    JUDICIAL ASSISTANCE FROM THE           )
12  TURKISH MINISTRY OF JUSTICE ON         )  DECLARATION OF WENDY M. GARBERS IN
    BEHALF OF THE 2ND CIVIL COURT OF       )  SUPPORT OF APPLICATION FOR ORDER
13  PEACE OF EDIRNE IN THE MATTER OF       )  PURSUANT TO TITLE 28 U.S.C. § 1782
    SAMI AYTAV V. TUGCE AKSAL and          )
14  AKSAL MIM. MUH. TUR. SAN. TIC. A.S.    )
    _____))
15

16       I, Wendy M. Garbers, declare and state as follows:

17       1.   I am an Assistant United States Attorney in the Northern District of California.

18       2.   This declaration is submitted in support of the United States' application for an order

19  pursuant to 28 U.S.C. § 1782 to collect evidence from witnesses within the jurisdiction of this Court and

20  to take such other action as is required to execute a request made by Turkish Ministry of Justice on

21  behalf of the Second Civil Court of Peace of Edirne, Turkey, for information from Facebook, Inc.  A

22  true and correct copy of the request from the Turkish court is attached hereto as Exhibit A.

23       3.   I have met and conferred with Randy Tyler of Perkins Cole LLP, counsel for Facebook,

24  about the substance of the request.  I provided Facebook with a copy of the draft proposed order.

25  Facebook has indicated that it does not oppose entry of the order.

26       4.   Facebook has also agreed in writing to accept service by e-mail of pleadings, orders, and

27  subpoenas filed or issued in this action.  Accordingly, on May 17, 2016, I served Facebook with this

28  application and supporting papers by e-mail.

   DECLARATION OF WENDY M. GARBERS

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed on May 17, 2016

By: _____/s/ Wendy M. Garbers_____
    WENDY M. GARBERS

DECLARATION OF WENDY M. GARBERS

# EXHIBIT A

TURKISH EMBASSY
WASHINGTON, D.C.

2016/95505191-Vaşington BE/10513395

The Embassy of the Republic of Turkey presents its compliments to the U.S. Department of Justice and has the honor to enclose herewith documents, transmitted by the Turkish Ministry of Justice on behalf of 2nd Civil Court of Peace of Edirne (File No: 2015/131), seeking judicial assistance in the case involving "The Facebook Inc.".

The said court requests to receive the information mentioned in the attached letter rogatory. The Department of Justice is kindly requested to intercede with the appropriate U.S. Authorities in order to enable the provision of the aforementioned judicial assistance.

The Embassy of the Republic of Turkey avails itself of this opportunity to renew to the U.S. Department of Justice the assurances of its highest consideration

February 09, 2016

U.S. Department of Justice
Office of Foreign Litigation
1100 L Street,
Washington, D.C. 20530

FEB 24 2016
189-25-16 (24)

## İSTİNABE TALEPNAMESİ
### Letter of Request

**1. Talep eden makamın adı ve adresi :**
*Name and address of the requesting authority* :
REPUBLIC OF TURKEY EDİRNE 2. CIVIL COURT OF FIRST INSTANCE 2015/131 ESAS

**2. Talep edilen makamın adı ve adresi:**
*Name and address of the requested authority* :
U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION OFFICE OF INTERNATIONAL JUDICIAL ASSITANCE WASHINGTON, D.C. 20550 UNITED STATES OF AMERICA

**3. Dava taraflarının isim, uyrukluk ve adresleri:**
*The names, nationalities and addresses of the parties to the proceedings* :
PLAINTIFF: SAMİ AYTAV - İstasyon district Mine street no:29 flat no: 2 Merkez / Edirne / TURKEY
DEFENDANTS: 1- TUĞÇE AKSAL - Abdurrahman district Amire street No:6/15 Merkez / Edirne / TURKEY
2- AKSAL MİM. MÜH. TUR. SAN. TİC. A.Ş. - Abdurrahman district Yaşar Atlı Plaza flat no:42 Merkez / Edirne / TURKEY

**4. Eğer varsa yasal temsilcilerinin isim ve adresleri :**
*Where appropriate the names and addresses of their representative* :
PLAINTIFF'S COUNSEL: Av. HAKAN YALÇINTUĞ - Sabuni district Kinci Firuz street No:11 Yaşar Atlı İş Merkezi Merkez / Edirne / TURKEY

**5. Talep konusu delilin sağlanmasını gerekli kılan davanın niteliği, bu konuyla ilgili verilmesi gerekli bütün bilgiler :**
*The nature and purpose of the proceedings for which the evidence is required, giving all necessary information in regard thereto* :
Plaintiff, by filing a bill on June 24, 2015, declared, Tuğçe Aksal has started executive proceeding about him, both side has agreed to construct building on the Edirne province Merkez county Yıldırım Hacı Sarraf district 989 lot 9 parcel numbered property. According to agreement construction cost was 250.000,00-Turkish Lira, he took out a 185.000,00-TL loan from Aksal Mim. Müh. Tur. San. Tic. A.Ş. and pledged bills as security for a loan. Those bills were given to Tuğçe Aksal by company official Ramazan Oğuz Aksal and that's how executive proceeding started. He has no commercial relations with Tuğçe Aksal and his only bussiness with Aksal Mim. Müh. Tur. San. Tic. A.Ş. is the deal signed on september 5, 2015. However he pledged bills as a security for a loan and has no debt to defendants for bills but defendants are debted 30.000,00-TL to him because of building. The bills were used to commence execution proceeding in Edirne 1st Execution Office's 2015/3817 esas numbered file in bad faith, so by accepting plaintiff's negative declaratory action he demanded the bills to be canceled.
DEFENDANTS DEMANDED DISMISSAL OF UNJUSTFIED AND INJUDICIOUS CASE. TO REACH A FAIR DECISION AND TO CONCLUDE THE CASE, COURT NEEDED DEMANDED EVIDENCE TO BE PROVIDED.

**6. Duruşmanın yeri ve tarihi :**
*Date and place of hearing* :...........................................................................................................

**7. İstinabe talebinin niteliği :**
*The nature of the letter of request* :
Plaintiff Sami Aytav filed the claim of 2015/131 esas numbered case by applying the court and in his claims he cited some correspondences in Facebook as evidence. Therefore, messages sent by Ramazan Oğuz Aksal to Sami Aytav whom e-mail address to login to Facebook is samiaytav@gmail.com between march 23, 2015 - march 24, 2015, ip addresses of sender and reciever of messages, date and time of those ip addresses is requested which can be obtained from Facebook Inc. Company that corporate headquarter address is 1601 S. California Avenue Pablo Alto CA 94304 United States of America.

**8. İfadesine başvurulacak kişilerin isim,**

uyrukluk ve adresleri :
*The names, nationalities and addresses of
the persons to be examined* :..................................................................................................................
..................................................................................................................

9. İfadesine başvurulacak kişilere
yöneltilecek sorular :
*The questions to be put to the persons
to be examined* :.. ..................................................................................................................
..................................................................................................................

10. İncelenmesi istenen belgeler, taşınmaz
veya kişisel diğer mal varlığı :
*The documents or other property, real
or personal, to be inspected* :..................................................................................................................
..................................................................................................................

11. İstinabe işleminde ilgililerin hazır bulunmasını
sağlamak üzere istinabenin tarihi ve yeri
konusunda bilgi istenip istenmediği:
*Request for notification of the time and place for
the execution of the request (Art 7)*: ..................................................................................................................

12. Yerine getirilmesi istenen diğer adli işlemler :
*The other judicial acts to be executed* :..................................................................................................................
..................................................................................................................
..................................................................................................................

13. İfadenin yeminle veya onaylanmak
suretiyle alınması ve kullanılacak
herhangi bir özel usule ilişkin talep :
*Any requirement that the evidence
is to be given on oath or affirmation,
and any special form to be used* :..................................................................................................................
..................................................................................................................

14. Herhangi bir özel yöntem veya usul :
*Any special method or procedure to be
followed*:..................................................................................................................
..................................................................................................................

15. Ekler:
*Annexes*:
..................................................
..................................................

Yer adı :       Tarih :
*Place* : Edirne   *Date* : 28/11/2015

İmza ve/veya mühür
*Signature and/or Stamp*
Judge - 36105
Ayşe ÖZELKÜ

Tarafımdan tercüme edilmiştir.
Güneş VAREL
30/11/2015

İSTİNABE TALEPNAMESİ
*Letter of Request*

1. Talep eden makamın adı ve adresi :
*Name and address of the requesting authority* :................................................................
..TÜRKİYE CUMHURİYETİ EDİRNE ASLİYE 2. HUKUK MAHKEMESİ 2015/131 ESAS

2. Talep edilen makamın adı ve adresi:
*Name and address of the requested authority* :................................................................
U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION OFFICE OF INTER NATIONAL JUDICIAL ASSISTANCE          WASHINGTON, D.C. 20550 ÜNİTED STATES OF AMERICA

3. Dava taraflarının isim, uyrukluk ve adresleri:
*The names, nationalities and addresses of the parties to the proceedings*
  DAVACI  : SAMİ AYTAV - Istasyon Mah.Mine sok.no:29 D:2 Merkez/EDİRNETÜRKİYE
  DAVALILAR : 1- TUĞÇE AKSAL - Abdurrahman Mah.Amire Sok.No:6/15 Merkez/ EDİRNE
       2- AKSAL MİM. MÜH. TUR. SAN. TİC. A.Ş - Abdurrahman Mah. Yaşar Atlı Plaza D:42 Merkez/ EDİRNE/TÜRKİYE

4. Eğer varsa yasal temsilcilerinin
isim ve adresleri :
*Where appropriate the names and addresses of their representative* :.DAVACI VEKİLİ: Av. HAKAN YALÇINTUĞ - Sabuni Mahallesi Kinci Firuz Sokak No:11 Yaşar Atlı İş Merkezi 22100 Merkez/ EDİRNE/TÜRKİYE

5. Talep konusu delilin sağlanmasını gerekli
kılan davanın niteliği, bu konuyla ilgili
verilmesi gerekli bütün bilgiler :
*The nature and purpose of the proceedings for which the evidence is required, giving all necessary information in regard thereto* :.
DAVACI 24/06/2015 TARİHLİ DAVA DİLEKÇESİ İLE:, Davalı Tuğçe Aksal tarafından kendisi hakkında icra takibi yaptığını, Edirne ili Merkez ilçesi Yıldırım Hacı Sarraf mahallesi 989 ada 9 parsel'de Remziye Saçar'a ait taşınmaz üzerine bina yapımı konusunda tarafların anlaştığını, sözleşmeye göre inşaat bedelinin 215.000,00-TL'sı olduğunu, davacının inşaatın yapımı sırasında almış olduğu 185.000,00-TL'sın karşılık teminat olarak davalı Aksal Mim. Müh. Tur. San. Tic. A.Ş.'ne icra takibine konu senetleri verdiğini ve bu şirketin yetkilisi Ramazan Oğuz Aksal tarafından senedin kızı olan davalı Tuğçe Aksal'a verilmek suretiyle icra takibi yapıldığını, davacının davalı Tuğçe Aksal ile ticari bir ilişkisinin bulunmadığını, diğer davalı Aksal Mim. Müh. Tur. San. Tic. A.Ş. ile de 05.09.2014 tarihli sözleşme dışında herhangi bir ticari ilişkisi bulunmadığını, ancak davacının senetleri teminat senedi olarak verdiğini ve söz konusu senetler nedeniyle davalılara bir borcu olmadığı gibi yapmış olduğu iş sebebiyle davalıdan 30.000,00-TL'sı alacağı bulunduğunu, senetlerin kötü niyetli olarak Edirne 1. İcra Müdürlüğünün 2015/3817 esas sayılı dosyasında takibe konu edildiğini, Menfi tesbit davasının kabulü ile davalı tarafından icraya konmuş senetlerin iptaline karar verilmesini talep etmiştir.
DAVALILAR HAKSIZ VE YERSIZ DAVANIN REDDİNİ İSTEMİŞLERDİR. MAHKEMEMİZCE YARGILAMA SIRASINDA ADİL BİR KARARA VARILABİLMESİ VE BU DAVANIN BİTİRİLEBİLMESİ İÇİN TALEP KONUSU DELİLİN SAĞLANMASINA İHTİYAÇ DUYULMUŞTUR.

6. Duruşmanın yeri ve tarihi :
*Date and place of hearing* :.......

7. İstinabe talebinin niteliği :
*The nature of the letter of request :* .. Davacı Sami Aytav mahkememize müracaat ederek açtığı 2015/131 esas sayılı davasında, Facebook ortamından yazışmalarını delil olarak göstermiş olmakla, samiaytav@gmail.com hesabına bağlı olan Sami Aytav'a Ramazan Oğuz Aksal isimli Facebook kullanıcısı tarafından 23.03.2015 ve 24.03.2015 günlerinde gönderilen mesajları, mesajı gönderen ve alan kişilerin ip numaralarını ve bu ip numaralarının kullanıldığı tarih ve saatlerinin şirket merkez adresi 1601 S. California Avenue Pablo Alto CA 94304 Amerika Birleşik Devletleri olan Facebook Inc. Şirketinden temin edilerek Mahkememize gönderilmesi istemi.

8. İfadesine başvurulacak kişilerin isim, uyrukluk ve adresleri :
*The names, nationalities and addresses of the persons to be examined :*
...........................................................................................................................

9. İfadesine başvurulacak kişilere yöneltilecek sorular :
*The questions to be put to the persons to be examined :* ...........................................................
...........................................................................................................................

10. İncelenmesi istenen belgeler, taşınmaz veya kişisel diğer mal varlığı :
*The documents or other property, real or personal, to be inspected :* ........................................
...........................................................................................................................

11. İstinabe işleminde ilgililerin hazır bulunmasını sağlamak üzere istinabenin tarihi ve yeri konusunda bilgi istenip istenmediği:
*Request for notification of the time and place for the execution of the request (Art 7):* ........................

12. Yerine getirilmesi istenen diğer adli işlemler :
*The other judicial acts to be executed :* ..................................................................
...........................................................................................................................

13. İfadenin yeminle veya onaylanmak suretiyle alınması ve kullanılacak herhangi bir özel usule ilişkin talep :
*Any requirement that the evidence is to be given on oath or affirmation, and any special form to be used :* ......
...........................................................................................................................

14. Herhangi bir özel yöntem veya usul :
*Any special method or procedure to be followed:* ...........................................................
...........................................................................................................................

15. Ekler:
*Annexes:*

Yer adı :  
*Place :* EDİRNE...............

Tarih :  
*Date* 28/11/2015

İmza ve/veya mühür  
*Signature and/or Stamp*  
Yargıç-36105  
Ayşe ÖZÜLKÜ